IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. B-03-094 |
| | § | |
| ISMAEL LOZANO, GERALD MANTHEY | § | |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | DEFENDANT CARLOS MASSO's |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | MOTION TO DISMISS |
| SANDOVAL, ERIC SOLIS, and DUAINE | § | |
| WOHLERS | § | |
| | § | |
| Defendants. | § | |

TO: THE HONORABLE HILDA G. TAGLE
United States District Court, Southern District of Texas

## MOTION TO DISMISS

**COMES NOW CARLOS MASSO** (hereinafter "Masso") and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure submits this Motion to Dismiss Count III of Plaintiff's Complaint and in support thereof states as follows:

1. This is a Motion to Dismiss for failing to state a cause of action under 18 U.S.C. §2512.

2. The Plaintiff alleges in its multi-count complaint that Defendant Masso violated 18 U.S.C. §2512 and is seeking monetary damages for such a violation.

3. 18 U.S.C. §2512 is a criminal statute, under which there is no civil liability. In fact, 18 U.S.C. §2520 is the statute under Chapter 18 that provides for any civil liability and the acts that are criminally prohibited under 18 U.S.C. §2512 are clearly not included in §2520.

4. Since 18 U.S.C. §2512 does not provide for a private right of action, the Plaintiff, a California Corporation, lacks standing to bring an action thereupon, cannot state an action for damages thereupon, and accordingly should be dismissed. For a detailed discussion regarding the above, please refer to the attached Memorandum of Law in Support of Motion to Dismiss.

**WHEREFORE** Defendant Masso requests this Honorable Court to Dismiss Count III of the Plaintiff's Complaint for failing to state a cause of action.

Respectfully submitted,

_____
Carlos Masso, Pro Se
1621 Tulane Ave.
Brownsville, Texas 78520
Telephone: (956) 550-9938

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in person to counsel of record listed below on this ___11th___ day of July, 2003:

Hon. Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522

Hon. Ricardo M. Addobati
134 E. Price Rd.
Brownsville, Texas 78521

_____
Carlos Masso