IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. B-03-094 |
| | § | |
| | § | |
| ISMAEL LOZANO, GERALD MANTHEY | § | |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | CARLOS MASSO'S RESPONSE |
| SANDOVAL, ERIC SOLIS, and DUAINE | § | TO PLAINTIFF'S RULE 12(B)(6) |
| WOHLERS | § | MOTION TO DISMISS |
| | § | |
| Defendants. | § | |

TO: THE HONORABLE FELIX RECIO
United States Magistrate, Southern District of Texas

**COMES NOW CARLOS MASSO** (hereinafter "Masso") and pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure submits this Response to Plaintiff's Rule 12(B)(6) Motion to Dismiss Defendant Masso's CounterClaims in support thereof states as follows:

1. Defendant Masso filed his Answer and CounterClaims in this cause on June 20, 2003.

2. Defendant Masso served the Plaintiff with a copy of his Answer and CounterClaims on June 20, 2003 as required by Rule 5(a) of the Federal Rules of Civil Procedure by leaving a copy with Plaintiff's Attorney, Lecia L. Chaney, Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren St., Brownsville, Texas.

3. Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, Plantiff shall serve a reply to a counterclaim in the answer within 20 days.

4. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, the time to answer began on June 21, 2003.

5. The Plaintiff's reply to Defendant Masso's CounterClaims was due on July 10, 2003.

6. Defendant Masso, was not served with a reply nor was there any reply filed with the Court on July 10, 2003.

7. Defendant Masso examined the Court's file on July 11, 2003 and finding no reply to his Answer and CounterClaim filed for a Default Judgment against the Plaintiff pursuant to Rule 55 of the Federal Rules of Civil Procedure.

8. Plaintiff's Rule 12(B)(6) Motion to Dismiss Defendant, Carlos Masso's CounterClaims was filed subsequent to Defendant Masso's Motion for Default and is untimely.

9. If the Plaintiff seeks relief from a default judgment he must file a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

**WHEREFORE** Defendant Masso requests this Honorable Court to Deny Plaintiff's Rule 12(B)(6) Motion to Dismiss Defendant Carlos Masso's CounterClaims and to enter Default Judgment in favor of Defendant Masso.

Respectfully submitted,

Carlos Masso, Pro Se
1621 Tulane Ave.
Brownsville, Texas 78520
Telephone: (956) 550-9938

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in person to counsel of record listed below on this 28th day of July, 2003:

Hon. Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522

Hon. Moises Vela, Jr.
Attorney at Law
847 E. Harrison St.
Brownsville, Texas 78520

Hon. Ricardo M. Addobati
134 E. Price Rd.
Brownsville, Texas 78521

_____
Carlos Masso

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DIRECTV, Inc., § § Plaintiff, § § V. § § § ISMAEL LOZANO, GERALD MANTHEY § LUIS ERNESTO LONGORIA, CARLOS § MASSO, KLAUS MEYER, ABRAHAM § OCHOA, GEORGE RAMIREZ, PEDRO § SANDOVAL, ERIC SOLIS, and DUAINE § WOHLERS § § Defendants. § | No. CIV. B-03-094 |

ORDER DENYING PLAINTIFF'S MOTION TO DISMISS
DEFENDANT, CARLOS MASSO'S COUNTERCLAIMS

THE COURT having received a request to dismiss Defendant Carlos Masso's counterclaims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Defendant Carlos Masso's Response to said motion, having reviewed the complaint, motions and arguments of the parties, finds that Plaintiff's Motion to Dismiss should be DENIED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's 12(b)(6) Motion to Dismiss is **DENIED and that Plaintiff, Directv, Inc. is in Default**.

SIGNED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE