24

*CAme to HAnd on 8-20-03  2:00 Pm*

## RETURN OF SERVICE  *Pedro . Sandoval    CA5-03-94*

Service of the Summons and complaint was made by me[1]    DATE: *8-21-03    1:25 PM*

       TITLE

United States District Court
Southern District of Texas
FILED

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

AUG 2 8 2003

Place where served: _____

Michael N. Milby
Clerk of Court

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *PABlo SANdovAl At 324 N.*
*Bernal St. Brownsville, TEXAS 78521*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_____ *Mario Gonzig*  *8-21-03*
Signature of Server

_____ *974- E. HARRISON St. Brownsville TEXAS 78521*
Address of Server

**ABEL PEREZ JR.**
Constable Pct. 2
**Cameron County**

_____

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.