Gerald Mauthey                              CA B-03-94

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]   DATE: 8-25-03

TITLE Sgt. Manuel Flores Jr

United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service:

☑ Served personally upon the defendant.

Place where served: 608 E. Harrison
_____ Harl, TX
_____ 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____
_____

☐ Returned unexecuted:_____
_____

☐ Other (specify):_____
_____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_____
Signature of Server

608 E. Harrison
Address of Server

Harlingen TX 78550

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff,

VS.

ISMAEL LOZANO, GERALD MANTHEY
LUIS ERNESTO LONGORIA, CARLOS
MASSO, KLAUS MEYER, ABRAHAM
OCHOA, GEORGE RAMIREZ, PEDRO
SANDOVAL, ERIC SOLIS AND DUAINE WOHLERS

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-03-094.

TO: GERALD MANTHEY
2213 NORTH WHITEHOUSE CIRCLE
HARLINGEN, TX 78550

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    Lecia L. Chaney
    Rodriguez, Colvin & Chaney
    1201 East Van Buren
    P.O. Box 2155
    Brownsville, TX 78522-2155

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

5-23-03
DATE

Rita Nieto
BY DEPUTY CLERK

## RODRIGUEZ, COLVIN & CHANEY, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

LAURA J. URBIS
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL

*BOARD CERTIFIED IN PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

September 17, 2003

**VIA HAND DELIVERY**
Mr. Michael N. Milby
United States District Clerk
United States District Court
600 E. Harrison St., #101
Brownsville, Tx 78520

Re: Civil Case #: B-03-094
*DirecTV v. Ismael Lozano, et al*
In the Southern District of Texas, Brownsville Division
File No. 19,210

Dear Mr. Milby:

Enclosed for filing is the original and one copy of the **Return of Service** for Defendant, Gerald Manthey on the above entitled and numbered cause. Also enclosed is an extra copy for your file mark and return to us.

Thank you for your assistance on this matter.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, LLP

*[signature: Martha R. Hernandez]*

Martha R. Hernandez
Paralegal to Lecia L. Chaney

/mrh

Encl. (as indicated)