COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R Nieto |
| CSO | : | |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **September 29, 2003 at 8:30 a.m.** |

United States District Court
Southern District of Texas
FILED

SEP 2 9 2003

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-94

DIRECTV, INC.                    *            Lecia Chaney

vs                               *

Ismael Lozano et al              *

---

### MOTION HEARINGS

**Lecia Chaney** present for Plaintiff;
**Carlos Masso** present Pro Se;

Counsel state there have been no discussion as to settlement;

The Court proceeds with the pending motions;

Deft Masso argues his Motion to Dismiss (16-1);
Attorney L Chaney addresses the Court and requests the Court deny relief as requested by deft;
The Court on this motion will file an R & R;

Deft Masso continues and argues his Motion to Sever;
Attorney L Chaney responds to defts argument;
The Court denies said Motion (18-1) and gives deft authority to re-file motion as the case develops;

The Court denies Motion (19-1);

Court adjourned.