# RETURN OF SERVICE

B03CV094

Service of the Summons and complaint was made by me[1]   DATE: 8/27/03

TITLE  Sr. Moye_

Check one box below to indicate appropriate method of service:

☑ Served personally upon the defendant.

Place where served: 26055 Tam Lane _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

OCT - 8 2003

☐ Other (specify): _____

Michael N. Milby, Clerk of Court

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Moye
Signature of Server

608 E Harrison
Address of Server

Harlingen, Tx 78550

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

37

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff,

VS.

ISMAEL LOZANO, GERALD MANTHEY
LUIS ERNESTO LONGORIA, CARLOS
MASSO, KLAUS MEYER, ABRAHAM
OCHOA, GEORGE RAMIREZ, PEDRO
SANDOVAL, ERIC SOLIS AND DUAINE WOHLERS

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-03-094**

TO: DUAINE WOHLERS
    302 N. 27TH ST. SUITE 126
    HARLINGEN, TX 78550

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    Lecia L. Chaney
    Rodriguez, Colvin & Chaney
    1201 East Van Buren
    P.O. Box 2155
    Brownsville, TX 78522-2155

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Michael N. Milby, Clerk_
CLERK

5-23-03
DATE

_Rita Nieto_
BY DEPUTY CLERK