```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk      :    M Garcia
ERO                  :    R Nieto
CSO                  :    Figueroa
Law Clerk            :    M Knicely
Interpreter          :    not needed
Date                 :    October 31, 2003 at 9:00 a.m.
```

United States District Court
Southern District of Texas
FILED

OCT 31 2003

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-94**

DIRECTV, INC.                    *              Lecia Chaney

vs                               *

Ismael Lozano et al              *

---

## MOTION HEARINGS

**Lecia Chaney** present for Plaintiff;
**Carlos Masso** present Pro Se;
**Gerald Manthey** present Pro Se;
**R Adobbati** present for defts Meyer, Ramirez and Sandoval;

Ms Chaney provides status on the case;
Counsel states she will be filing Motions to Dismiss on defendants Luis Ernesto Longoria, and Abraham Ochoa;
Counsel states she will be filing Motion for Default on deft Ismael Lozano;
Counsel further states filing a Motion for Substitute Service for deft Eric Solis and states a severance for deft Wohlers;

All counsel and Pro Se defendants have agreed to trial dates and have executed a Consent to Proceed before a Magistrate Judge (All except for deft Manthey);

Defendants Manthey, Masso, Meyer, Ramirez and Sandoval to be severed into individual cases;

Court adjourned.