42

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| DIRECTV, INC. | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. B-03-094 |
| ISMAEL LOZANO ET AL | § | 636(c) |

## SCHEDULING ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: **3** days.  ☐ Bench  ☒ Jury

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff(s)' experts will be named with a report furnished by: — **12/01/03**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert. — **12/15/03**

5. Discovery must be completed by: — **02/02/04**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************   The court will provide these dates.   ******************

6. Dispositive Motions will be filed by: — **02/02/04**

7. Joint pretrial order is due: — **02/17/04**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Recio is set for 2:00 p.m. on: — **04/01/04**

9. The jury selection before Judge Recio is set for 9:00 a.m. on: — **04/05/04**

The case will remain on standby until tried.

Signed **OCTOBER 31, 2003**, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge