==================================================================
UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS
==================================================================

Direct-V Inc                        §
                                    §   United States District Court
                                    §   Southern District of Texas
                                    §          ENTERED
versus                              §   NOV 0 5 2003
                                    §   CIVIL ACTION NO. Civ B-03-094
Carlos Masso                        §   Michael N. Milby, Clerk of Court
                                    §   By Deputy Clerk
                                    §

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Carlos Masso *(signed)* | Self | 10/31/03 |
| Lecia Chaney *(signed)* | DirectV | 10/31/03 |
|  |  |  |
|  |  |  |

ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

11/3/03
Date                                         United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.