========================================================================
UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
========================================================================

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

_DIRECTV_

VS

_Klaus Meyer_

C.A. NO. _B-03-09_

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Richard M. Nobbitt | Klaus Meyer | 10/31/03 |
| Lecia Chaney | DirecTV | 10/31/03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

11/3/03
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.