46

===================================================================
UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS
===================================================================

DIRECTV                              §
                                     §
                                     §
versus                               §   CIVIL ACTION NO. 03-094
                                     §
George Ramirez                       §
                                     §

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Ricardo A. Roosant | George Ramirez | 10/31/03 |
| Lecia Chaney | DirectV | 10/31/03 |

ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

11/3/03
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.