

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC.<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| ISMAEL LOZANO, GERALD MANTHEY, LUIS ERNESTO LONGORIA, CARLOS MASSO, KLAUS MEYER, ABRAHAM OCHOA, GEORGE RAMIREZ, ERIC SOLIS and DUAINE WOHLERS<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIV. NO. B-03-094 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON DEFENDANT ERIC SOLIS

Before the Court is Plaintiff's Motion for Substitute Service on Defendant Eric Solis (Docket No. 40). According to Federal Rule of Civil Procedure 4(e), service may be effected pursuant to the law of the state in which the district court is located. Under Rule 106 of the Texas Rules of Civil Procedure, the Court may authorize substitute service on a defendant upon motion supported by an affidavit of the process server stating the location of the defendant's usual place of abode, the facts surrounding attempted personal service, and that the attempts at personal service have not been successful.

The Plaintiff has complied with the above procedural requirements and has provided the affidavit of the deputy constable who attempted service in this matter. According to the constable's affidavit, it is his belief that notice will be effectuated by delivering a true copy of the summons with the complaint thereto attached to anyone not less than sixteen years of age at Eric

Solis' usual place of abode. The evidence before the court shows that such action will be reasonably effective in giving the defendant notice of the suit.

It is accordingly ORDERED that the motion is hereby GRANTED to the extent that it requests approval for service upon Eric Solis by delivering a copy of the summons with complaint attached to anyone not less than sixteen years of age at Eric Solis' usual place of abode.

IT IS SO ORDERED this 31st day of October, 2003.

                                                  Felix Recio
                                        United States Magistrate Judge