49

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. B-03-094 |
| ISMAEL LOZANO, LUIS ERNESTO LONGORIA, ABRAHAM OCHOA, and ERIC SOLIS | § | |
| Defendants. | § | |

## ORDER OF SEVERANCE

The District Clerk is hereby ORDERED to sever Defendant ERIC SOLIS from this case and assign him a new and distinct cause number. The Clerk shall then transfer the pleadings and entries pertaining to ERIC SOLIS to his newly-created case file.

IT IS SO ORDERED this 18th day of November, 2003.

_____
Felix Recio
United States Magistrate Judge