# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]   DATE: 01-08-04   4:12 pm.

TITLE Luis A. Saenz, Civil Processor

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Socorro Lozano — Ismael Lozano's Mother. He was at work.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_Luis A. Saenz_
Signature of Server

P.O. Box 5206
Address of Server

McAllen, Texas 78502-5206

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS        §
                          §
COUNTY OF __Hidalgo__     §

   **BEFORE ME**, the undersigned authority, on this day personally appeared __Luis A. Saenz__ a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

   My name is __Luis A. Saenz__. I am over eighteen (18) years of age, I reside in __Hidalgo__ County, __Texas__. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

   __Ismael Lozano__ is not in the military services as a member of the Armed Forces of the United States of America. On __01-08-04__, ~~2002~~ I:

   __ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

   X personally spoke to __Socorro Lozano-Mother__ who indicated that they personally know __Ismael Lozano__ and that (he)/she is not in the military services as a member of the Armed Forces of the United States of America;

   _____
   _____
   _____

[If other, please explain facts showing non-military status]

_____
_Luis A. Saenz_ [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the __9th__ day of __January__, ~~2003~~ 2004, to certify which witness my hand and official seal.

_Zita Moreno_
NOTARY PUBLIC in and for
The State of Texas

ZITA MORENO
Notary Public, State of Texas
My Commission Expires
June 21, 2006

# United States District Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff,

VS.

ISMAEL LOZANO, GERALD MANTHEY
LUIS ERNESTO LONGORIA, CARLOS
MASSO, KLAUS MEYER, ABRAHAM
OCHOA, GEORGE RAMIREZ, PEDRO
SANDOVAL, ERIC SOLIS AND DUAINE WOHLERS

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-03-094

TO: ISMAEL LOZANO
    244 BOCA CHICA BLVD
    BROWNSVILLE, TX 78521

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    Lecia L. Chaney
    Rodriguez, Colvin & Chaney
    1201 East Van Buren
    P.O. Box 2155
    Brownsville, TX 78522-2155

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

5-23-03

DATE

Rita Nieto

BY DEPUTY CLERK