51

| RETURN OF SERVICE | B03CV094 |
|---|---|
| Service of the Summons and complaint was made by me | DATE: 01-08-04   4:12 pm. |

TITLE *Luis A. Saenz, Civil Processor*

United States District Court
Southern District of Texas
FILED

JAN 1 4 2004

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Socorro Lozano – Ismael Lozano's Mother. He was at work.*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

*[signature]*
Signature of Server

*P.O. Box 5206*
Address of Server
*McAllen, Texas 78502-5206*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF _Hidalgo_ §

BEFORE ME, the undersigned authority, on this day personally appeared _Luis A. Saenz_ a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is _Luis A. Saenz_. I am over eighteen (18) years of age, I reside in _Hidalgo_ County, _Texas_. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

_Ismael Lozano_ is not in the military services as a member of the Armed Forces of the United States of America. On _01-08-04_, ~~2002,~~ I:

___ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_X_ personally spoke to _Socorro Lozano-Mother_ who indicated that they personally know _Ismael Lozano_ and that he/~~she~~ is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____

[If other, please explain facts showing non-military status]

_Luis A. Saenz_
_Luis A. Saenz_ [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the _9th_ day of _January_, ~~2003~~ 2004, to certify which witness my hand and official seal.

ZITA MORENO
Notary Public, State of Texas
My Commission Expires
June 21, 2006

_Zita Moreno_
NOTARY PUBLIC in and for
The State of Texas

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff,

VS.

ISMAEL LOZANO, GERALD MANTHEY
LUIS ERNESTO LONGORIA, CARLOS
MASSO, KLAUS MEYER, ABRAHAM
OCHOA, GEORGE RAMIREZ, PEDRO
SANDOVAL, ERIC SOLIS AND DUAINE WOHLERS

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-03-094.**

TO: ISMAEL LOZANO
    244 BOCA CHICA BLVD
    BROWNSVILLE, TX 78521

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    Lecia L. Chaney
    Rodriguez, Colvin & Chaney
    1201 East Van Buren
    P.O. Box 2155
    Brownsville, TX 78522-2155

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
_____
CLERK

5-23-03
_____
DATE

_Rita Nieto_
_____
BY DEPUTY CLERK