IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-094 |
| ISMAEL LOZANO, LUIS ERNESTO LONGORIA, ABRAHAM OCHOA, and ERIC SOLIS | § | |
| Defendants. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

DIRECTV has been unable to locate Defendant **LUIS ERNESTO LONGORIA**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **LUIS ERNESTO LONGORIA** be dismissed *without prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *without prejudice* against **LUIS ERNESTO LONGORIA** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: /s/ Lecia Chaney
Lecia Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Defendant Luis Ernesto Longoria was not served therefore a conference was not possible. Dated this 3rd day of March, 2004.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

Not necessary at this time. Dated this 3rd day of March, 2004.

_____
Lecia L. Chaney