IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-094 |
| ISMAEL LOZANO, LUIS ERNESTO LONGORIA, ABRAHAM OCHOA, and ERIC SOLIS | § | |
| Defendants. | § | |

## ORDER GRANTING
## MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss without Prejudice, in which the Plaintiff requests that its claims against Defendant **LUIS ERNESTO LONGORIA only** be dismissed *without prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **LUIS ERNESTO LONGORIA** is hereby dismissed *without prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 9 day of March, 2004 in Brownsville, Texas.

JUDGE PRESIDING