UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District ; Texas
ENTERED

APR 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-094 |
| | § | |
| ISMAEL LOZANO, et al, | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
REGARDING DEFENDANT ISMAEL LOZANO'S DEFAULT**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's Request for Entry of Default and Default Judgment Against Ismael Lozano (Docket No. 58) is GRANTED. Furthermore, it is ORDERED that Defendant Lozano is found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Lozano and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

(1) statutory damages in the amount of ten thousand dollars ($10,000.00);

(2) costs in the amount of five-hundred and eighty-seven dollars ($587.00);

(3) attorney's fees in the amount of one-thousand seven-hundred and twelve dollars ($1712.00); and

(4) post-judgment interest equaling ___1.41___ % per annum.

In addition, Defendant Lozano is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.

IT IS SO ORDERED.

DONE at Brownsville, Texas this _23_ day of _April_____, 2004.

_____
Hilda Tagle
United States District Judge