B-03-CV-94    61

# RETURN OF SERVICE

Service of the Summons and complaint was made by me¹   DATE: August 13, 2004

TITLE  Luis A. Saenz, Civil Processor

Check one box below to indicate appropriate method of service:

United States District Court
Southern District of Texas
FILED
AUG 25 2004
Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant.

Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): As per Court Instructions for Substitute Service. Copies left at mail drop for Solis, Eric at 1221 E. Harrison, Harlingen, Texas. Attempt was also made on 8-12-04 with Cortney Vana at same address but she refused to accept.

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_[signature]_
Signature of Server

P.O. Box 5206
Address of Server
McAllen, TX. 78504-5206
956-682-7776

---

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.